# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Moreno Properties, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **72-1337432** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **600 Jefferson Street**  **Suite 602**  **Lafayette, LA 70501**  Number, Street, City, State & ZIP Code  **Lafayette**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Moreno Properties, LLC**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | **Moreno Properties, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency  _____
  Contact name  _____
  Phone  _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **Moreno Properties, LLC** | Case number (*if known*) |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 14, 2020**
MM / DD / YYYY

X **/s/ Michel B. Moreno**               **Michel B. Moreno**
Signature of authorized representative of debtor    Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Noel Steffes Melancon**            Date **January 14, 2020**
Signature of attorney for debtor             MM / DD / YYYY

**Noel Steffes Melancon 30072**
Printed name

**The Steffes Firm, LLC**
Firm name

**13702 Coursey Blvd.**
**Building 3**
**Baton Rouge, LA 70817**
Number, Street, City, State & ZIP Code

Contact phone  **225-751-1751**     Email address  **nmelancon@steffeslaw.com**

**30072 LA**
Bar number and State

Debtor **Moreno Properties, LLC**  
Name

Case number (*if known*)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Elle Investements, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana** | When | **11/08/19** | Case number, if known | **19-51321** |
| Debtor | **MOR DOH Holdings, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana** | When | **9/24/19** | Case number, if known | **19-51131** |
| Debtor | **Turbine Generation Services, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana** | When | **7/30/18** | Case number, if known | **18-50942** |

District Counsel - IRS
PO Box 30509
New Orleans, LA 70190


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Office of the U.S. Attorney - WDLA
Lafayette/Lake Charles/Alexandria
800 Lafayette St., Ste. 2200
Lafayette, LA 70501-6865


Barrow-Shaver Resources Co
977 Pruitt Place
Tyler, TX 75703


Billeaud & Company LLC
900 South College
Suite 203
Lafayette, LA 70503


Dykema Gossett, PLLC
Attn: Jeffrey R. Fine
1717 Main Street
Suite 4200
Dallas, TX 75201


Elle Investments, LLC
600 Jefferson Street
Suite 602
Lafayette, LA 70501


GE Oil & Gas, Inc.
c/o Michael H. Bernick
Reed Smith, LLP
811 Main Street, Suite 1700
Houston, TX 77022


Koning Rubarts, LLC
1700 Pacific Avenue
Suite 4500
Dallas, TX 75201

Liskow & Lewis APLC
701 Poydras Street
Suite 5000
New Orleans, LA 70139


Manning Gross & Massenburg, LLP
125 Hight Street, 6th Floor
Oliver Tower
Boston, MA 02110


MBM Southern Equine Stables, LLC
600 Jefferson Street
Suite 602
Lafayette, LA 70501


Michel Moreno
600 Jefferson Street
Suite 602
Lafayette, LA 70501


Moreno Properties II, LLC
600 Jefferson Street
Suite 602
Lafayette, LA 70501


Nicholson Estates, LLC
600 Jefferson Street
Suite 602
Lafayette, LA 70501


Powermeister LP
5956 Sherry Lane
Suite 1350
Dallas, TX 75225


Tiffany Moreno
600 Jefferson Street
Suite 602
Lafayette, LA 70501


Turbine Generation Services, LLC
600 Jefferson Street
Suite 602
Lafayette, LA 70501

Veritas Advisory Group, Inc.
1601 Elm Street
Suite 3600
Dallas, TX 75201