UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
Lafayette Division

IN RE:

**MORENO PROPERTIES, L.L.C.**  **CASE NO. 20-50038**

**DEBTOR**  **CHAPTER 7**

**RULE 1007(A)(1) CORPORATE OWNERSHIP STATEMENT**

**NOW INTO COURT,** comes Moreno Properties, L.L.C. (the "Debtor"), the debtor in the Chapter 7 proceeding referenced above, through undersigned counsel for the Debtor, who submits this statement in compliance with Fed. R. Bankr. P. 1007(a)(1), and to report the following entities own 10% or more of the Debtor's equity interests:

- None

                                        Respectfully submitted by:

Date: January 14, 2020        By: **/s/** William E. Steffes
                                      William E. Steffes (LA Bar No. 12426)
                                      Noel Steffes Melancon (LA Bar No. 30072)
                                      THE STEFFES FIRM, LLC
                                      13702 Coursey Blvd., Building 3
                                      Baton Rouge, Louisiana 70817
                                      Telephone: (225) 751-1751
                                      Facsimile: (225) 751-1998
                                      E-mail: bsteffes@steffeslaw.com
                                      E-mail: nmelancon@steffeslaw.com

                                        *Attorneys for Debtor*