UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

In Re: MORENO PROPERTIES, LLC  Case No. 20-50038
Debtor

## NOTICE OF ABANDONMENT

Subject to approval by the Court, I, as Trustee of the above captioned bankruptcy case, do hereby abandon the property described below. After appropriate notice, the Interested Party or Trustee intends to submit to the Court an order authorizing and confirming this abandonment unless there is timely objection, in which event a hearing shall be conducted.

The property affected by this notice is all of the debtor's right, title and interest in:

**J. FRANK COLDIRON #2 WELL, LEON COUNTY, TEXAS**

Objections to the proposed abandonment shall be filed with the Clerk of the Court, 800 Lafayette St - Suite 1200, Lafayette LA 70501, and served on the Interested Party (identified below) within fourteen (14) days of the mailing of this notice.

A hearing on objections, if any, shall be conducted before the U.S. Bankruptcy Court on the 3rd floor of the John M. Shaw U.S. Courthouse, 800 Lafayette Street, Lafayette, Louisiana at 9:00 a.m. on the 2nd day of June, 2020.

If no objection is timely filed, the Court may, by Order and without hearing, authorize and confirm abandonment by the Trustee.

Lafayette, Louisiana; dated _May 4_, 2020.

/s/ _Elizabeth G. Andrus_
ELIZABETH G. ANDRUS, TRUSTEE

**Interested Party:**

BARROW SHAVER RESOURCES COMPANY LLC
ATTN: STEVE SIMS, LAND MANAGER
977 PRUITT PLACE
TYLER, TX 75703
TEL: (903) 593-5221

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a copy of the above and foregoing Notice of Abandonment to all parties on the attached Official Mailing Matrix by placing a copy of same in the U.S. Mails, properly addressed, postage prepaid, this _4th_ day of _May_, 2020.

_Steve Sims_
STEVE SIMS, LAND MANAGER

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0536-4<br>Case 20-50038<br>Western District of Louisiana<br>Lafayette<br>Fri Apr 10 16:06:20 CDT 2020 | Elizabeth G. Andrus (Interim)<br>500 Dover Blvd. Suite 334<br>Lafayette, LA 70503-5000 | Barrow-Shaver Resources Co<br>977 Pruitt Place<br>Tyler, TX 75703-1153 |
| Billeaud & Company LLC<br>900 South College<br>Suite 203<br>Lafayette, LA 70503-3065 | District Counsel - IRS<br>PO Box 30509<br>New Orleans, LA 70190-0509 | Dykema Gossett, PLLC<br>Attn: Jeffrey R. Fine<br>1717 Main Street<br>Suite 4200<br>Dallas, TX 75201-4876 |
| Elle Investments, LLC<br>600 Jefferson Street<br>Suite 602<br>Lafayette, LA 70501-8922 | GE Oil & Gas, Inc.<br>c/o Michael H. Bernick<br>Reed Smith, LLP<br>811 Main Street, Suite 1700<br>Houston, TX 77002-6110 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Koning Rubarts, LLC<br>1700 Pacific Avenue<br>Suite 4500<br>Dallas, TX 75201-4619 | Liskow & Lewis APLC<br>701 Poydras Street<br>Suite 5000<br>New Orleans, LA 70139-5000 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 |
| MBM Southern Equine Stables, LLC<br>600 Jefferson Street<br>Suite 602<br>Lafayette, LA 70501-8922 | Manning Gross & Massenburg, LLP<br>125 Hight Street, 6th Floor<br>Oliver Tower<br>Boston, MA 02110-2704 | Noel Steffes Melancon<br>The Steffes Firm, LLC<br>13702 Coursey Blvd., Building #3<br>Baton Rouge, LA 70817-1372 |
| Michel Moreno<br>600 Jefferson Street<br>Suite 602<br>Lafayette, LA 70501-8922 | Moreno Properties II, LLC<br>600 Jefferson Street<br>Suite 602<br>Lafayette, LA 70501-8922 | Moreno Properties, LLC<br>600 Jefferson Street<br>Suite 602<br>Lafayette, LA 70501-8922 |
| Moreno Properties, LLC<br>320 Thibodeaux Drive<br>LAFAYETTE, LA 70503-4444 | Nicholson Estates, LLC<br>600 Jefferson Street<br>Suite 602<br>Lafayette, LA 70501-8922 | Office of the U.S. Attorney - WDLA<br>Lafayette/Lake Charles/Alexandria<br>800 Lafayette St., Ste. 2200<br>Lafayette, LA 70501-6865 |
| Powermeister LP<br>5956 Sherry Lane<br>Suite 1350<br>Dallas, TX 75225-8009 | Powermeister LP<br>Julian Vasek, Munsch et al<br>500 N Akard St Ste 3800<br>Dallas TX 75201-6659 | Sheriff, Lafayette Parish<br>POB 3508<br>Lafayette LA 70502-3508 |
| Sidebar Dallas Group, LLC<br>2816 Thomas Avenue<br>Unit 3<br>Dallas, TX 75204-2832 | State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | William E. Steffes<br>The Steffes Firm, LLC<br>13702 Coursey Boulevard, Building 3<br>Baton Rouge, LA 70817-1372 |
| Tiffany Moreno<br>600 Jefferson Street<br>Suite 602<br>Lafayette, LA 70501-8922 | Turbine Generation Services, LLC<br>600 Jefferson Street<br>Suite 602<br>Lafayette, LA 70501-8922 | U. S. Attorney's Office<br>Western District of Louisiana<br>300 Fannin Street, Suite 3201<br>Shreveport LA 71101-3120 |

| | | |
|---|---|---|
| Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 | Veritas Advisory Group, Inc.<br>1601 Elm Street<br>Suite 3600<br>Dallas, TX 75201-7287 | End of Label Matrix<br>Mailable recipients    31<br>Bypassed recipients     0<br>Total                  31 |